JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDGAR CARRILLO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HERLINDA BARBA; MARCO MEAT CO.; and DOES 1-10,<br><br>　　　　　　Defendants. | Case No. CV 19-5629 PA (KSx)<br><br>JUDGMENT OF DISMISSAL |

　　In accordance with the Court's December 11, 2019 Minute Order dismissing this action for lack of prosecution, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the action is dismissed without prejudice.

DATED: December 11, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE